1  Ure Law Firm, A.P.C.  (SPACE BELOW FOR FILING STAMP ONLY)
   811 Wilshire Blvd., Suite 1000
2  LOS ANGELES, CALIFORNIA 90017
   TEL.: (213) 202-6070
   FAX.: (213) 202-6075
3  THOMAS B. URE State Bar No. 170492

4  Attorney for ___Debtors___

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | IN RE:                          ) | **Adversary Case No. 09-02191-VZ**
12 | ANGEL PEREZ & MONICA PEREZ,     ) | **CHAPTER 13**
13 |                 DEBTORS.        ) | Case No.: LA 09-33730-VZ
14 | _____ ) | CHAPTER 13
15 | ANGEL PEREZ & MONICA PEREZ,     ) |
16 |                 PLAINTIFFS,     ) | **PROOF OF SERVICE**
17 | VS.                             ) |
18 | BAYVIEW LOAN SERVICING.         ) |
19 |                 DEFENDANT.      ) |
20 | _____ ) |

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 years and am not employee of a party to the within action. My business address is 811 Wilshire Blvd., Suite 1000, Los Angeles. CA 90017. On September 25, 2009, I served the foregoing documents described as:

1. **SUMMONS AND NOTICE OF STATUS CONFERENCE**

2. **COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF BAY VIEW LOAN SERVICING.**

3. **PRE-STATUS CONFERENCE INSTRUCTIONS**

on all the interested party(ies) in this action by transmitting a true and correct copy of each document thereof, as follows:

SEE ATTACHED SERVICE LIST

__X__  **BY U.S. MAIL**

I deposited such envelope(s) in the mail at Los Angeles, California. The envelope(s) was mailed with postage therein fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U. S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on September 25, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Maricela Martinez

**Service List**

**Debtors**
Angel and Monica Perez
11302 Mapledale St.
Norwalk, CA 90650-4726

**Chapter 13 Trustee**
Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**Creditor**
Bayview Loan Servicing, LLC.
P.O. BOX 3042
Milwaukee, WI 53201-3042

**Creditor**
Bayview Loan Servicing, LLC.
Attn: Customer Service Department
4425 Ponce de Leon Boulevard 5th floor
Coral Cables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Loss Draft Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, As Servicing Agent
P.O. Box 391346
Solon, OH 44139-8346