1  Ure Law Firm, A.P.C.
   811 Wilshire Blvd., Suite 1000
2  LOS ANGELES, CALIFORNIA 90017
   TEL.: (213) 202-6070
   FAX.: (213) 202-6075
3  THOMAS B. URE, State Bar No. 170492

(SPACE BELOW FOR FILING STAMP ONLY)

4  Attorney for    Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:                                ) Adv. No. 09-02191 VZ
                                      )
MONICA and ANGEL PEREZ,               ) CHAPTER 13
                                      )
       Debtors.                       ) Case No.: LA 09-33730-VZ
                                      )
_____)
                                      ) **DECLARATION OF THOMAS B. URE IN
MONICA and ANGEL PEREZ,               ) SUPPORT OF REQUEST FOR ENTRY OF
                                      ) DEFAULT UNDER LOCAL BANKRUPTCY
                                      ) RULE 9021-1; WITH EXHIBITS.**
       Plaintiffs,                    )
                                      )
vs.                                   )
                                      )
BAYVIEW LOAN SERVICING.,              )
                                      )
       Defendant.                     )
                                      )
_____)

I, THOMAS B. URE, hereby declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto;

2. That I am an attorney with the Ure Law Firm.

3. That the debtors, Monica Perez and Angel Perez ("Plaintiffs or Debtors"), retained my services to file a Chapter 13 bankruptcy;

4. That Plaintiffs filed the Chapter 13 bankruptcy September 2, 2009. Case number LA 09-33730-VZ;

5. That Plaintiffs also retained my services to file a complaint against Defendant, BAYVIEW LOAN SERVICING;

6. That Plaintiffs filed the Complaint in Adversary Proceeding number LA 09-02191-VZ, on September 22, 2009.

7. That the Summons and Complaint were served on Defendant by mail on September 25, 2009;

8. That a conformed copy of the completed Return of Summons form is attached hereto as Exhibit 1;

9. That the time for filing an Answer or Response expired on October 22, 2009;

10. That no response has been filed or served by Defendant.

I, Thomas B. Ure, declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on this 10th day of Novemebr, 2009, at Los Angeles, California.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Thomas B. Ure
　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　Monica Perez and Angel Perez

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Thomas B Ure<br>Ure Law Firm<br>811 Wilshire Blvd Ste 1000<br>Los Angeles, CA 90017<br>213-202-6070<br>Fax : 213-202-6075<br>Email: tbuesq@aol.com<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Angel Perez<br>Monica Perez<br><br>                                                    Debtor. | CHAPTER 13<br><br>CASE NUMBER LA09-333730-VZ<br><br>ADVERSARY NUMBER LA09-02191-VZ |
|---|---|
| Angel Perez<br>Monica Perez<br>                                                    Plaintiff(s),<br><br>vs.<br><br>Bayview Loan Servicing<br>                                                    Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 10/22/2009, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:** 12/10/2009    **Time:** 10:00 am    **Courtroom:** 1368    **Floor:** 13th

- [x] 255 East Temple Street, Los Angeles
- [ ] 411 West Fourth Street, Santa Ana
- [ ] 21041 Burbank Boulevard, Woodland Hills
- [ ] 1415 State Street, Santa Barbara
- [ ] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 09/22/09

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____William C Kaaumoana_____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                                   **F 7004-1**

1  Ure Law Firm, A.P.C.  (SPACE BELOW FOR FILING STAMP ONLY)
   811 Wilshire Blvd., Suite 1000
2  LOS ANGELES, CALIFORNIA 90017
   TEL.: (213) 202-6070
   FAX.: (213) 202-6075
3  THOMAS B. URE, State Bar No. 170492

4  Attorney for    Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | **Adversary Case No. 09-02191-VZ** |
| ANGEL PEREZ & MONICA PEREZ, | **CHAPTER 13** |
| DEBTORS. | Case No.: LA 09-33730-VZ |
| | CHAPTER 13 |
| ANGEL PEREZ & MONICA PEREZ, | |
| PLAINTIFFS, | **PROOF OF SERVICE** |
| VS. | |
| BAYVIEW LOAN SERVICING. | |
| DEFENDANT. | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 years and am not employee of a party to the within action. My business address is 811 Wilshire Blvd., Suite 1000, Los Angeles, CA 90017. On September 25, 2009, I served the foregoing documents described as:

1. **SUMMONS AND NOTICE OF STATUS CONFERENCE**

2. **COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF BAY VIEW LOAN SERVICING.**

3. **PRE-STATUS CONFERENCE INSTRUCTIONS**

on all the interested party(ies) in this action by transmitting a true and correct copy of each document thereof, as follows:

SEE ATTACHED SERVICE LIST

__X__    **BY U.S. MAIL**

I deposited such envelope(s) in the mail at Los Angeles, California. The envelope(s) was mailed with postage therein fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U. S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on September 25, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_/s/ Maricela Martinez_
Maricela Martinez

-2-

Case 2:09-ap-02191-VZ    Doc 5    Filed 11/12/09    Entered 11/12/09 09:41:31    Desc
Main Document    Page 7 of 10

...

..

**Service List**

**Debtors**
Angel and Monica Perez
11302 Mapledale St.
Norwalk, CA 90650-4726

**Chapter 13 Trustee**
Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**Creditor**
Bayview Loan Servicing, LLC.
P.O. BOX 3042
Milwaukee, WI 53201-3042

**Creditor**
Bayview Loan Servicing, LLC.
Attn: Customer Service Department
4425 Ponce de Leon Boulevard 5th floor
Coral Cables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Loss Draft Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, As Servicing Agent
P.O. Box 391346
Solon, OH 44139-8346

# EXHIBIT 2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 years and am not employee of a party to the within action. My business address is 811 Wilshire Blvd., Suite 1000, Los Angeles, CA 90017. On November 10, 2009, I served the foregoing documents described as:

**DECLARATION OF THOMAS B. URE IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1; WITH EXHIBITS.**

on all the interested party(ies) in this action by transmitting a true and correct copy of each document thereof, as follows:

SEE ATTACHED SERVICE LIST

__X__    **BY U.S. MAIL**

I deposited such envelope(s) in the mail at Los Angeles, California. The envelope(s) was mailed with postage therein fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U. S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on November 10, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_/s/ Maricela Martinez_
Maricela Martinez

- 3 -

**Service List**

**Debtors**
Angel and Monica Perez
11302 Mapledale St.
Norwalk, CA 90650-4726

**Chapter 13 Trustee**
Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**Creditor**
Bayview Loan Servicing, LLC.
P.O. BOX 3042
Milwaukee, WI 53201-3042

**Creditor**
Bayview Loan Servicing, LLC.
Attn: Customer Service Department
4425 Ponce de Leon Boulevard 5th floor
Coral Cables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Loss Draft Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, As Servicing Agent
P.O. Box 391346
Solon, OH 44139-8346

- 4 -