| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Thomas B. Ure<br>811 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90017<br>213-202-6070 Fax: 213-202-6075<br>California State Bar Number: 170492<br>TBUesq@aol.com<br><br>*Attorney for* Plaintiff | FILED NOV 23 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk<br><br>FILED NOV 19 2009 (crossed out) |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Angel Perez and Monica Perez,

Debtor.

| Angel Perez and Monica Perez,<br>Plaintiff(s),<br>vs.<br>Bayview Loan Servicing,<br>Defendant(s). | CHAPTER 13<br>CASE NUMBER 2:09-bk-33730-VZ<br>ADVERSARY NUMBER 09-02191-VZ<br><br>(No Hearing Required) |
|---|---|

12-10-09
@ 11:00a.m.

# REQUEST FOR ENTRY OF DEFAULT UNDER
# LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*:   Bayview Loan Servicing.

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 9/22/09

3. The Summons and Complaint were served on Defendant by  ☐ Personal Service   ☒ Mail Service
   on the following date *(specify date)*: 9/25/09

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 10/22/09

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 11/17/09

Default entered on *(specify date)*: NOV 23 2009
JON D. CERETTO
Clerk of the Bankruptcy Court
By: _____ Deputy Clerk

Respectfully submitted,

Ure Law Firm
*Firm Name*
By: _____
Name: Thomas B. Ure
*Attorney for Plaintiff or Plaintiff*

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*    **F 9021-1.2**

| In re Angel Perez and Monica Perez | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:09-bk-33730-VZ |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA COUNTY OF Los Angeles

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: 811 Wilshire Boulevard, Suite 1000, Los Angeles, CA 90017

On 11/17/09, I served the foregoing document described as: REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/17/09

Maricela Martinez
*Type Name*

*Signature*

## Service List

**Debtors**
Angel and Monica Perez
11302 Mapledale St.
Norwalk, CA 90650-4726

**Chapter 13 Trustee**
Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**Creditor**
Bayview Loan Servicing, LLC.
P.O. BOX 3042
Milwaukee, WI 53201-3042

**Creditor**
Bayview Loan Servicing, LLC.
Attn: Customer Service Department
4425 Ponce de Leon Boulevard 5th floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Loss Draft Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, As Servicing Agent
P.O. Box 391346
Solon, OH 44139-8346

- 4 -