1  Ure Law Firm, A.P.C.  (SPACE BELOW FOR FILING STAMP ONLY)
   811 Wilshire Blvd., Suite 1000
2  LOS ANGELES, CALIFORNIA 90017
   TEL.: (213) 202-6070
   FAX.: (213) 202-6075
3  THOMAS B. URE, State Bar No. 170492
   TBUesq@aol.com
4  Attorney for   Debtors/Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.: LA 09-33730-VZ |
| ANGEL PEREZ and MONICA PEREZ, | CHAPTER 13 |
| DEBTORS. | Adv. No.: LA09-02191 VZ |
| ANGEL PEREZ and MONICA PEREZ, | **AMENDED NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 9021-1.** |
| PLAINTIFFS, | |
| VS. | Original Date: December 8, 2009 |
| BAYVIEW LOAN SERVICING, | New Date: December 15, 2009 |
| DEFENDANT. | Time: 11:00 a.m. |
| | Place: 255 E. Temple Street Courtroom 1368 Los Angeles, CA 90012 |

**TO:** **THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, NANCY K. CURRY, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTES:**

**PLEASE TAKE NOTICE** that the hearing in the above referenced matter has been changed to December 15, 2009 at 11:00 a.m. You are referred to the previously filed and served . Motion for further particulars.

1
2
3
4  DATED: 12/10/09
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

URE LAW FIRM

By: _____
THOMAS B. URE
Attorney for Plaintiffs

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, California. I am over the age of 18 years and am not employee of a party to the within action. My business address is 811 Wilshire Blvd., Suite 1000, Los Angeles, CA 90017. On December 10, 2009, I served the foregoing documents described as:

**AMENDED NOTICE OF HEARING ON MOTION FOR DEFAULT JUDGMENT UNDER LOCAL BANKRUPTCY RULE 9021-1.**

on all the interested party(ies) in this action by transmitting a true and correct copy of each document thereof, as follows:

SEE ATTACHED SERVICE LIST

__X__    **BY U.S. MAIL**

I deposited such envelope(s) in the mail at Los Angeles, California. The envelope(s) was mailed with postage therein fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U. S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on December 10, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

*/s/ Maricela Martinez*
Maricela Martinez

**Service List**

**Debtors**
Angel and Monica Perez
11302 Mapledale St.
Norwalk, CA 90650-4726

**Chapter 13 Trustee**
Nancy K Curry
606 South Olive Street, Suite 950
Los Angeles, CA 90014

**Creditor**
Bayview Loan Servicing, LLC.
P.O. BOX 3042
Milwaukee, WI 53201-3042

**Creditor**
Bayview Loan Servicing, LLC.
Attn: Customer Service Department
4425 Ponce de Leon Boulevard 5th floor
Coral Cables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Loss Draft Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, LLC
ATTN: Cashiering Department
4425 Ponce de Leon Boulevard
5th Floor
Coral Gables, FL 33146

**Creditor**
Bayview Loan Servicing, As Servicing Agent
P.O. Box 391346
Solon, OH 44139-8346

- 4 -